04-352 GMS

3-15-05

To Deputy Clerk

I received on MAR-08 a form that
Date 3-4-05, To me John Franklin
Subject Proof of Service on local Counsel of
Records Required (McKenty)
Re CA 04-352
Case Caption Franklin V First Correctinal Medical
Document Title — Motion to Answer
Then on Prisoner MAiL Screening
☑ Deficiency noted by — (Lack of Service on McKenty)
Pro Se Writ Clerk — (Motion to Answer

Do I Contact McKenty of this Manner? If
So I do not have address. If Not What
Should I do next? Thanks You for Your
time

✓cc D.C
JmF

Gms
04-352

John Franklin

John Franklin

FILED

MAR 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE