04-352 GMS

3-15-05

To Deputy Clerk
  I received on MAR-08 a form that
Date 3-4-05, To me John Franklin
Subject Proof of Service on bcal Counsel of
Records Required (mckentY)
Re, CA 04-352
Case Caption Franklin V First Correctinal medical
Document Title — Motion to Answer
Then on Prisoner MAIL Screening
☑ Deficiency noted by — (Lack of Service on Mckenty
Pro Se Unit Clerk — (Motion to Answer

Do I Contact Mckenty of this Manner? If
So I do not have address. If Not What
Should I do next? Thanks You for Your
time

✓CCD.C

JmF

Gms
04-352

John Franklin
John Franklin

FILED

MAR 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE