May-31-05

In The United States District Court
For The District of Delaware
Civil Action No 04-352-GMS

John M Franklin Plaintiff

V

First Correctional MEDICAL
Amy m and Amy B
    Defendants

FILED
JUN - 2 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To The Honorable Gregory M Sleet
In Writing to You about how Can I get a Court order of getting a M,R,I and get Checked out of What is going on With me. I have ask DR Burns here at SCI, She Keeps Comeing UP With exscuses not to go to the Hospital. I alway feel Dizzie In 3-4-05 They were giving me 15mg of Blood thinners 3-17-05 I was Spiting UP Blood 3-23 I Saw the DR She Proped it to 12½ mg 4-1 to 4-4 They Stop them 4-5 They Put me On 5mg 5-3 6mg 5-14 7½ mg. I have filled out Sick Calls of Pressor in my head my Right Side hurt, my hands and feet go to Sleep. like my Blood is not flowing Right. And I got a not in my Chest neer my Heart. I also would like if you have desided on appointment of Counsel, And What elts Can I do? Thanks for Your time. I Pray that You Can help me out

Truly Yours
John Franklin
John Franklin
SBI 214419

cc GMS
cc JMF
DMC

I/M: John Franklin   BLDG: MSB   2752
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947   SBI 214419

U.S. POSTAGE $00.370  JUN 01 05
PB 2230370
19947

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington DE 19801



U.S.M.S. X-RAY