IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. FRANKLIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 04-352-GMS |
| | ) |
| FIRST CORRECTIONAL MEDICAL, | ) |
| AMY M., and AMY B., | ) |
| | ) |
| Defendants. | ) |

FILED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ORDER

WHEREAS, the plaintiff is prisoners incarcerated at the Sussex Correctional Center in Georgetown, Delaware, and on June 3, 2004, plaintiff filed a complaint under 42 U.S.C. § 1983, along with applications to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on October 15, 2004, this Court issued a service order requiring the United States Marshal ("USM") to serve the complaint upon receipt of USM 285 forms for each defendant and copies of the complaint (D.I. 12);

WHEREAS, on May 3, 2005, plaintiff, filed a letter which the Court construes as a Motion for a Preliminary Injunction, alleging that he is being denied appropriate medical treatment (D.I. 21);

WHEREAS, plaintiff specifically alleges that in April 2005, he began spitting up blood, causing Dr. Burns to begin

adjusting his "blood thinner" medication (Id.);

WHEREAS, plaintiff further alleges that since May 14, 2005, he "alway[s] feel dizzie [sic]... my right side hurt[s], my hands and feet go to sleep like my blood is not flowing right, and I got a not [sic] in my chest neer [sic] my heart," and he has completed "sick call slips" requesting to see the doctor (Id.);

WHEREAS, plaintiff requests that the Court order the defendants to provide him with appropriate medical treatment (Id.);

NOW, THEREFORE, at Wilmington, THIS 7th day of June, 2005:

IT IS ORDERED that, on July 21, 2005, at 11:00 a.m. the defendants shall show cause why this Court should not grant plaintiff's Motion for a Preliminary Injunction.

United States District Judge