## UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

**GREGORY M. SLEET**
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
844 KING STREET
LOCKBOX 19
WILMINGTON, DE 19801

(302) 573-6470
(302) 573-6472 FAX

June 16, 2005

TO:   COUNSEL

RE:   John M. Franklin v. First Correctional Medical, et al.
      Civil Action No. 04-352 GMS

Dear Counsel:

    Enclosed is an Order to show cause why the plaintiff's letter motion for preliminary injunction should not be granted. A copy of the letter motion is also enclosed for your information. Please ensure that the plaintiff is brought to the hearing, which is scheduled for July 21, 2005, at 11:00 a.m. before Judge Gregory M. Sleet in Courtroom 4A, United States Courthouse.

Very truly yours,

/s/

Marie McDavid
Case Manager