IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-352-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| AMY W, AMY B. | ) | |
| | ) | |
| Defendants. | ) | |

**FCM DEFENDANTS' RESPONSE TO ORDER TO SHOW CAUSE**

1. First Correctional Medical ("FCM") provided healthcare to the Delaware correctional system from July 1, 2002 to June 30, 2005.

2. On July 1, 2005, Correctional Medical Services ("CMS") became the healthcare provider to the Delaware correctional system.

3. Plaintiff John M. Franklin filed a Motion to Dismiss in this matter on June 3, 2004 (D.I. 2), in which he failed to state any form of complaint or relief sought.

4. On February 14, 2005, FCM defendants filed a F.R.C.P. 12(b)6 Motion to Dismiss (D.I. 18) for literally failing to state a complaint upon which relief could be granted. This motion is still pending.

5. On June 16, 2005, this Court ordered FCM defendants to show cause (D.I. 22) why Plaintiff's Motion for Preliminary Injunction (D.I. 21) should not be granted.

6. John M. Franklin suffers from atrial fibrillation. This is a progressive condition of the heart where the patient suffers from an irregular heartbeat. This irregular heartbeat can cause many serious complications if not properly monitored. See *Affidavit of Roberta F. Burns, M.D.*

(hereinafter "Burns Aff."), attached as Exhibit 1.

7. Tambocor, an antiarrhythmic, and Coumadin, an anti-coagulant, are regularly prescribed medications to treat atrial fibrillation. Mr. Franklin was prescribed and receiving both of these medications. See *Burns Aff*.

8. Coumadin is an important part of treatment for atrial fibrillation. However, this drug is extremely difficult to administer. Many weeks of monitored trial and error are required to determine the exact dosage for each individual patient. See *Burns Aff*.

9. Mr. Franklin has been suffering minor side effects as a result of the attempts to determine the correct dosage of Coumadin to treat his atrial fibrillation. See *Burns Aff*.

10. A preliminary injunction in this matter should not be granted because Mr. Franklin has been and is receiving proper treatment for his heart condition and because he has no objective need for an MRI or any additional outside treatment. See *Burns Aff*.

WHEREFORE, FCM defendants respectfully submit that a preliminary injunction in this matter is unnecessary for the aforementioned reasons.

          **McCULLOUGH & McKENTY, P.A.**

          /s/ Dana M. Spring
          Daniel L. McKenty Del. Bar # 2689
          Dana M. Spring Del. Bar #4605
          1225 North King Street, Suite 1100
          P.O. Box 397
          Wilmington, DE 19899-0397
          (302) 655-6749
          Attorneys for FCM Defendants

Dated: July 14, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN M. FRANKLIN, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-CV-352-GMS |
| ) | |
| v. ) | |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| AMY W, AMY B. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Dana M. Spring, do hereby certify that on this date two copies of **FCM Defendants' Response to Order to Show Cause** were served electronically and by first class mail, postage prepaid, on the following individual:

John M. Franklin, SBI #214419
Sussex Correctional Institute
P.O. Box 500
Georgetown, DE 19947

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana M. Spring
Daniel L. McKenty Del. Bar # 2689
Dana M. Spring Del. Bar #4605
1225 North King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
Attorneys for FCM Defendants

Dated: July 14, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-352-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| AMY W, AMY B. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>ORDER</u>**

And now this _____ day of _____, 2005, having considered plaintiff's request for a preliminary injunction and First Correctional Medical, Amy W., and Amy B.'s opposition thereto,

it is HEREBY ORDERED that plaintiff's request for a preliminary injunction is DENIED.

_____

J.