IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 04-CV-352-GMS |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, | ) | |
| AMY W, AMY B. | ) | |
| | ) | |
| Defendants. | ) | |

AFFIDAVIT

State of Delaware  )
                   ) SS:
Sussex County      )

Roberta F. Burns, M.D., being duly sworn according to law, states as follows:

1. I am a medical doctor, licensed to practice medicine in the State of Delaware. From July 1, 2002 through June 30, 2005, I was employed as a Medical Doctor for First Correctional Medical ("FCM"), the former health care provider for the Delaware correctional system. I am presently a Medical Doctor for Correctional Medical Services (CMS), the current health care provider for the Delaware correctional system, and I make this affidavit on personal knowledge.

2. I am familiar with the medical conditions of plaintiff John M. Franklin. I have reviewed his medical chart, his complaint, and his allegations of medical negligence and civil rights violations against FCM and several of its employees (the "FCM Defendants").

3. FCM became the health care provider for the Delaware correctional system on July

1

1, 2002. FCM ceased being the health care provider for the Delaware correctional system on June 30, 2005.

4.  Mr. Franklin's primary medical complaint is that he is being denied proper medical treatment for his heart condition. Mr. Franklin claims that this lack of treatment is causing pressure in his head, numbness in his hands and feet, pain in his right side, and a knot in his chest near his heart.

5.  Mr. Franklin suffers from a heart disorder called "atrial fibrillation". Atrial fibrillation is the most common form of arrhythmia (irregular heartbeat). When an individual suffers from atrial fibrillation, their heart has abnormal electrical impulses that cause the upper chambers of the heart to quiver (fibrillate), resulting in irregular and rapid beating of the ventricles. This causes the heart to function less efficiently and generally reduces blood flow to the heart itself. Additionally, inefficient pumping of the atria can cause the blood to pool in the atria and clot there. These clots can move into the bloodstream and possibly lodge in the brain, resulting in a stroke. As a result, patients with atrial fibrillation should take anticoagulant medications.

6.  Symptoms of atrial fibrillation can include a noticeable irregular heartbeat, weakness, shortness of breath, heart palpitations, fainting, stroke, or heart failure. Atrial fibrillation is a progressive condition. Over time, these symptoms and episodes of atrial fibrillation occur for longer periods of time and more frequently. Eventually, the irregular heartbeat becomes persistent and it cannot resolve on its own. At this point, return to normal rhythm (normal sinus rhythm), requires cardioversion. This may be accomplished via medication or electrical cardioversion. Where continued symptoms persist, antiarrhythmic medications may be given.

7.  An anticoagulant medication frequently prescribed for atrial fibrillation patients is

Warfarin, which goes by the brand name Coumadin. Warfarin thins the blood and helps prevent clots from forming. Warfarin does not dissolve already existing clots, but it can prevent preexisting clots from getting larger.

8. The dosage of Warfarin is based upon the patient's medical condition and response to therapy. A prothrombin time test (PT test) and international normalized ratio (INR) should be performed regularly throughout treatment with Warfarin to monitor the patient's response to therapy. The results of the PT test and INR may cause the patient's dosage of Warfarin to be adjusted accordingly. Because the dosage of Warfarin is so personalized to a particular patient, the proper dosage may take weeks of trial and error to achieve.

9. A PT test measures how long it takes blood to clot. It can be used to monitor medical treatment with medication that prevents the formation of blood clots (Warfarin). When used to monitor medical treatment, PT tests should be given regularly until the correct dosage of Warfarin is determined for the individual patient.

10. INR is a method of standardizing PT test results. A normal PT test calls for coagulation from 10-13 seconds or a INR of 1.0 - 1.4. Where a patient is taking Warfarin, the PT time is about 1.5 to 2.5 times the normal value (or INR results of 2 - 3).

12. John M. Franklin has been and remains to be treated for his atrial fibrillation condition. Mr. Franklin is in the chronic care clinic for his heart and, as such, is seen regularly by doctors without the need for a sick call slip. Mr. Franklin is receiving Tambocor, an antiarrhythmic, to aid his heart in reaching normal sinus rhythm. Additionally, Mr. Franklin is receiving Coumadin (the brand name version of Warfarin), an anticoagulant, to thin his blood. Mr. Franklin's Coumadin treatment is being monitored through regularly administered PT tests.

3

13. Unfortunately, the dosage for Coumadin treatment is not universal and the specific dosage for each individual is difficult to ascertain. Medical staff have been continually working with Mr. Franklin to achieve an INR between 2 - 3.

14. Mr. Franklin has not been sent to the hospital for his subjective symptoms because there has been no objective need. Regarding the alleged numbness in his hands and feet, Mr. Franklin's neurologic exams are normal. The tests indicate that he is not demonstrating the effects of a stroke, his arms and legs are fine, and he walks normally. As to Mr. Franklin's headache complaints, he has been unable to pin pressure down to a certain portion of his head.

15. At this time, it is my medical opinion, based upon Mr. Franklin's subjective complaints and the objective findings by various medical staff and my review of his medical chart, that Mr. Franklin is suffering from minor side effects as a result of the attempts to find the proper dosage of Coumadin to treat his atrial fibrillation. These side effects do not rise to the level of need requiring an MRI.

16. Based on my medical knowledge in general, and personal knowledge of Mr. Franklin's condition from review of his chart and records, it is my medical opinion that Mr. Franklin has always received proper medical care from all FCM personnel. The medical care provided by FCM personnel met the standard of care for treatment of Mr. Franklin's condition, and there were no deviations from the standard of care with respect to any FCM personnel.

```
JENNIFER P. COX
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires Dec. 11, 2008
```

Roberta F. Burns, M.D.

Sworn to and subscribed before me
this 14th day of July, 2005.

Jennifer P. Cox
Notary Public

4