IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHN M. FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-352 GMS |
| | ) | |
| FIRST CORRECTIONAL MEDICAL, AMY W., and AMY B. | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **ORDER**

WHEREAS, on June 3, 2004, John M. Franklin ("Franklin") filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983;

WHEREAS, on February 14, 2005, First Correctional Medical, Amy W., and Amy B. (collectively, the "defendants") filed a motion to dismiss (D.I. 18) for failure to state a claim;

WHEREAS, pursuant to the District of Delaware Local Rule 7.1.2(a) (1995), an answer brief to the defendants' motion was due on February 28, 2005; and

WHEREAS, as of the date of this Order, the plaintiff has not filed an answer brief to the defendants' motion;

IT IS HEREBY ORDERED that:

1. The plaintiff shall file an answer brief to the defendants' motion within ten (10) days of the date of this Order.

2.   Should the plaintiff fail to comply with this Order, the court will decide the Motion to dismiss on the present record.


Dated: July 26 , 2005                              /s/ Gregory M. Sleet
                                                        UNITED STATES DISTRICT JUDGE