LAW OFFICES

# McCULLOUGH & McKENTY, P.A.

BRUCE W. McCULLOUGH (DE, PA)
DANIEL L. McKENTY (DE)
STEVEN F. MONES (DE)
GERALD J. HAGER (DE, PA)
DANA M. SPRING (DE)

**PARALEGALS**
JUSTINA K. BAYLESS
EVERT J. CHRISTENSEN, JR.
JANE E. KLAFTER

1225 N. KING STREET
SUITE 1100
P.O. BOX 397
WILMINGTON, DE 19899-0397

TEL: (302) 655-6749
FAX: (302) 655-6827

PENNSYLVANIA OFFICE
123 S. Broad Street
Suite 2035
Philadelphia, PA 19109

**WRITER'S DIRECT CONTACT**
Telephone Extension: 5
dspring@mccmck.com
www.mccmck.com

July 22, 2005

Honorable Judge Gregory M. Sleet
U.S. District Court for the District of Delaware
844 N. King Street
Lock Box 19
Wilmington, DE 19801

RE:  **Franklin v. First Correctional Medical**
     **C.A. No. 04-CV-352-GMS**

Dear Judge Sleet:

I write this letter as a follow-up to the matters discussed and the testimony taken in the hearing in the above-captioned matter held before you on July 21, 2005 concerning plaintiff's Request for Injunctive Relief.

While the Court denied plaintiff's application, you may recall that substantial discussion was had regarding a CT scan and whether not such an examination took place. I enclose with this letter the CT scan report of the brain done July 29, 2003. The conclusion of the CT scan was a normal finding both pre and post contrast.

Apparently, the results of the CT scan were phoned in but the CT scan report itself was not sent from Beebe Medical Center to FCM.

In any event, the report was normal and Mr. Franklin's symptoms abated shortly thereafter.

If I can be of any further assistance to the Court, please do not hesitate to contact me. Thank you, I remain,

Very truly yours,

Daniel L. McKenty

DLMcK/fpd
cc:  John M. Franklin, SBI #214419
H:\FILES\DAN\FRANKLIN.FCM\Judge Sleet - Motion to Dismiss